| | JS-6 |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOHN DOE, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:19-01088 JVS (ADSx) |
| OCTA, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                             United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☒ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

On June 6, 2019, the Court issued an Order denying Petitioner's Request to Proceed In Forma Pauperis and advising Petitioner to pay the filing fees in full within 30 days or this case will be dismissed. [Dkt. No. 7]. As of the date of this Order, Petitioner has not paid the filing fees or otherwise communicated with the Court concerning his case. Therefore, it is recommended that this case be dismissed immediately.

July 29, 2019                    /s/ Autumn D. Spaeth
Date                             United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

July 29, 2019                    /s/ James V. Selna
Date                             United States District Judge

CV-73 (08/16)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*